UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: **CYNTHIA R. ALLEN**

Case No.: **15-11285**
Chapter: **13**
Judge: **ABA**

### NOTICE OF PROPOSED PRIVATE SALE

___Cynthia R. Allen___, ___Debtor___, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Clerk, United States Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ  08101 |

If an objection is filed, a hearing will be held before the Honorable **Andrew B. Altenburg, Jr.** on **October 17, 2017** at **10:00** a.m. at the United States Bankruptcy Court, courtroom no. **4B**, **400 Cooper St., 4th Floor, Camden, NJ 08101**. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:    6 Frosty Hollow Court, Sicklerville, New Jersey 08081

Proposed Purchaser:    Sherri L. Myrick

Sale price: $185,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:    Richard S. Hoffman, Jr., Esquire & Dolores Wood, Realtor
Amount to be paid:    $500.00 and $5,560.00, respectively.
Services rendered:    Special Counsel and Realtor, respectively.

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Richard S. Hoffman, Jr., Esquire

Address: Hoffman DiMuzio, 412 Swedesboro Road, Mullica Hill, NJ 08062

Telephone No.: 856-694-3939

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Cynthia R Allen
    Debtor

Case No. 15-11285-ABA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Sep 21, 2017
                       Form ID: pdf905  Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2017.
```
db         +Cynthia R Allen,   6 Frosty Hollow Court,    Sicklerville, NJ 08081-4885
cr         +Sylvester Allen,   23 Sunflower Road,   Apt-B,    Maple Shade, NJ 08052-8443
cr         +Toyota Motor Credit Corporation,   14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883
515291317  +Atlanticare Urgent Care Physicians,    PO Box 15736,    Loves Park, IL 61132-5736
515291318  +Betty Williams,   39 Essex Lane,    Willingboro, NJ 08046-2242
515291320  +C&R Collection,   PO Box 35,    Northfield, NJ 08225-0035
515291322  +CITI,   PO BOX 6241,   SIOUX FALLS, SD 57117-6241
515291321  +Camden County Board of SS,   600 Market Street,    Camden, NJ 08102-1249
515291323  +Citicards,   701 E. 60th Street North,    Sioux Falls, SD 57104-0432
515291319  +Law Offices of Schroll and Bowman,    603 Sheppard Road,   Voorhees, NJ 08043-4691
515291325  +MIDLAND MTG/MIDFIRST,   999 NW GRAND BLVD,    OKLAHOMA CITY, OK 73118-6051
515797001  +MidFirst Bank,   999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
515291324  +Midland Mortgage,   PO Box 26648,    Oklahoma City, OK 73126-0648
515291327  +NJ Higher Education,   PO Box 548,    Tnreton, NJ 08625-0548
515637433  +NJCLASS,   PO Box 548,    Trenton, NJ 08625-0548
515291328  +Northland Group,   PO Box 390846,    Minneapolis, MN 55439-0846
515291331  +STATE OF NJ STUDENT AS,   PO BOX 538,    TRENTON, NJ 08625-0538
515291329  +Schachter Portnoy, LLC,   3490 US Route 1,    Princeton, NJ 08540-5920
515291330  +Sherry Wray,   Berkshire Hathaway,    198 Fries Mill Road, Ste 101,
             Turnersville, NJ 08012-2077
515291332  +Sylvester Allen,   PO Box 503,    Sicklerville, NJ 08081-0503
515291333 ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
            (address filed with court: Toyota Motor Credit,    4 Gatehall Drive,   Suite 350,
             Parsippany, NJ 07054)
515679968  +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
515291335  +Victor Mellul, MD,   200 Kings Highway South,    Cherry Hill, NJ 08034-2506
515291336  +Wilton's Corner Proprietary Assn. , Inc.,    60 Meetinghouse Circle,
             Sicklerville, NJ 08081-4894
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Sep 21 2017 21:37:14    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 21 2017 21:37:14    United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
515612735  +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 21 2017 21:38:18
             PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
             Resurgent Capital Services,   PO Box 19008,    Greenville, SC 29602-9008
515291326   E-mail/Text: ebn@nemours.org Sep 21 2017 21:37:13    Nemours,   PO Box 277802,
             Atlant, GA 30384
                                                                                               TOTAL: 4
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
515291334   ##+Verizon,   PO Box 11328,   St Petersburg, FL 33733-1328
                                                                                  TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Sep 21, 2017
                              Form ID: pdf905          Total Noticed: 28
```

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2017 at the address(es) listed below:
              Denise E. Carlon     on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donna L. Wenzel     on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Joshua I. Goldman     on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Richard S. Hoffman, Jr.    on behalf of Debtor Cynthia R Allen rshoffman@hoffmandimuzio.com,
               lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com
                                                                                             TOTAL: 6
```