UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Richard S. Hoffman, Jr., Esq. (#RH-9353)
HOFFMAN DiMUZIO
412 Swedesboro Road
Mullica Hill, New Jersey 08062
(856) 694-3939
Attorneys for Debtor(s)

In Re:

CYNTHIA R. ALLEN

**Order Filed on September 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: _____15-11285_____

Chapter: _____13_____

Judge: _____ABA_____

**ORDER AUTHORIZING RETENTION OF**

_____Dolores Wood_____

The relief set forth on the following page is **ORDERED**.

**DATED: September 28, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Dolores Wood_____

as _____Realtor_____, it is hereby ORDERED:

1.	The applicant is authorized to retain the above party in the professional capacity noted.
	The professional's address is:   Century 21 Rauh & Johns
	508 Hurffville-Crosskeys Rd Suite 2
	Sewell, NJ  08080

2.	Compensation will be paid in such amounts as may be allowed by the Court on proper
	application(s).

3.	If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

	☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

	☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter
	13 case. Payment to the professional may only be made after satisfactory completion of
	services.

4.	The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*