Case 15-11285-ABA    Doc 66-5    Filed 10/09/17    Entered 10/09/17 15:02:30    Desc Main
Proposed Order Authorizing Sale of Property    Page 1 of 3

Case 15-11285-ABA    Doc 65    Filed 10/17/17    Entered 10/17/17 15:09:05    Desc Main
Document    Page 1 of 3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Richard S. Hoffman, Jr., Esq. (#RH-9353)
HOFFMAN DiMUZIO
412 Swedesboro Road
Mullica Hill, New Jersey 08062
(856) 694-3939
Attorneys for Debtor(s)

**Order Filed on October 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

CYNTHIA R. ALLEN

Case No.:     15-11285

Hearing Date:     10/17/2017

Chapter:     13

Judge:     ABA

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

Recommended Local Form:     ☒ Followed     ☐ Modified

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: October 17, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as _____6 Frost Hollow Court, Sicklerville_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒    In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Richard S. Hoffman, Jr., Esquire and Dolores Wood |
| Amount to be paid: | $500.00 and $10,920.00 to be split with Buyer's realtor |
| Services rendered: | Special Counsel and Realtor |

**OR**:  ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

2

5. The amount of $___22,975.00___ claimed as exempt may be paid to the Debtor.

6. The ☒ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☒ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:
```
Debtor's ex-husband, Sylvester Allen, is one-half owner, as listed
on Schedule "A" of Debtor's Petition.  As such, he is entitled to
one-half of the proceeds of the sale of this real estate.  Therefore,
at closing, Sylvester Allen shall be paid one-half of all proceeds
of the sale.
```

*rev.8/1/15*

Case 5:11-12835-ABA Doc 56-3 Filed 10/9/20/15 Entered 10/9/20/15 09:52:30 Desc Main
Proposed Order Authorizing Sale of Property    Page 3 of 3

3