Case 15-11285-ABA    Doc 67    Filed 10/19/17    Entered 10/20/17 00:32:13    Desc Imaged
           Certificate of Notice    Page 1 of 4
Case 15-11285-ABA    Doc 56-3    Filed 10/09/17    Entered 10/09/17 13:12:30    Desc
           Proposed Order Authorizing Sale of Property    Page 1 of 4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Richard S. Hoffman, Jr., Esq. (#RH-9353)
HOFFMAN DiMUZIO
412 Swedesboro Road
Mullica Hill, New Jersey 08062
(856) 694-3939
Attorneys for Debtor(s)

Order Filed on October 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

CYNTHIA R. ALLEN

| | |
|---|---|
| Case No.: | 15-11285 |
| Hearing Date: | 10/17/2017 |
| Chapter: | 13 |
| Judge: | ABA |

**ORDER AUTHORIZING
SALE OF REAL PROPERTY**

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: October 17, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 15-11285-ABA    Doc 67    Filed 10/19/17    Entered 10/20/17 00:32:08    Desc Imaged
Certificate of Notice    Page 2 of 4

Case 15-11285-ABA    Doc 66    Filed 10/19/17    Entered 10/19/17 13:12:30    Desc
Proposed Order Authorizing Sale of Property    Page 2 of 3

After review of the Debtor's motion for authorization to sell the real property commonly known as _____ 6 Frost Hollow Court, Sicklerville _____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒    In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Richard S. Hoffman, Jr., Esquire and Dolores Wood |
| Amount to be paid: | $500.00 and $10,920.00 to be split with Buyer's realtor |
| Services rendered: | Special Counsel and Realtor |

**OR**:  ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

Case 15-11285-ABA Doc 67 Filed 10/19/17 Entered 10/20/17 00:38:12 Desc Imaged
Certificate of Notice Page 3 of 4
Case 15-11285-ABA Doc 56-3 Filed 09/20/17 Entered 09/20/17 13:09:30 Desc Proposed Order Authorizing Sale of Property Page 3 of 3

5. The amount of $ __22,975.00__ claimed as exempt may be paid to the Debtor.

6. The ☒ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☒ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:
```
Debtor's ex-husband, Sylvester Allen, is one-half owner, as listed
on Schedule "A" of Debtor's Petition.  As such, he is entitled to
one-half of the proceeds of the sale of this real estate.  Therefore,
at closing, Sylvester Allen shall be paid one-half of all proceeds
of the sale.
```

*rev.8/1/15*

3

```
                         United States Bankruptcy Court
                              District of New Jersey
```

```
In re:                                                        Case No. 15-11285-ABA
Cynthia R Allen                                               Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1         User: admin              Page 1 of 1            Date Rcvd: Oct 17, 2017
                             Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2017.
db             +Cynthia R Allen,    6 Frosty Hollow Court,    Sicklerville, NJ 08081-4885

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Richard S. Hoffman, Jr.    on behalf of Debtor Cynthia R Allen rshoffman@hoffmandimuzio.com,
               lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com
                                                                                             TOTAL: 6