Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  15–11285–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cynthia R Allen
   aka Cynthia R Wood
   6 Frosty Hollow Court
   Sicklerville, NJ 08081

Social Security No.:
   xxx–xx–5580

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 24, 2015.

On 11/15/2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                December 20, 2017
Time:                 10:00 AM
Location:             Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street,
Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 16, 2017
JAN: mef

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-11285-ABA
Cynthia R Allen                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin           Page 1 of 2            Date Rcvd: Nov 16, 2017
                              Form ID: 185          Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2017.
db        +Cynthia R Allen,   6 Frosty Hollow Court,   Sicklerville, NJ 08081-4885
r         +Dolores Wood,   Century 21 Rauh & Johns,   508 Hurffville-Cross Keys Road,   Suite 2,
           Sewell, NJ 08080-2703
cr        +Sylvester Allen,   23 Sunflower Road,   Apt-B,   Maple Shade, NJ 08052-8443
cr        +Toyota Motor Credit Corporation,   14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883
515291317 +Atlanticare Urgent Care Physicians,   PO Box 15736,   Loves Park, IL 61132-5736
515291318 +Betty Williams,   39 Essex Lane,   Willingboro, NJ 08046-2242
515291320 +C&R Collection,   PO Box 35,   Northfield, NJ 08225-0035
515291322 +CITI,   PO BOX 6241,   SIOUX FALLS, SD 57117-6241
515291321 +Camden County Board of SS,   600 Market Street,   Camden, NJ 08102-1249
515291323 +Citicards,   701 E. 60th Street North,   Sioux Falls, SD 57104-0432
515291319 +Law Offices of Schroll and Bowman,   603 Sheppard Road,   Voorhees, NJ 08043-4691
515291325 +MIDLAND MTG/MIDFIRST,   999 NW GRAND BLVD,   OKLAHOMA CITY, OK 73118-6051
515797001 +MidFirst Bank,   999 NorthWest Grand Boulevard,   Oklahoma City, OK 73118-6051
515291324 +Midland Mortgage,   PO Box 26648,   Oklahoma City, OK 73126-0648
515291327 +NJ Higher Education,   PO Box 548,   Tnreton, NJ 08625-0548
515637433 +NJCLASS,   PO Box 548,   Trenton, NJ 08625-0548
515291328 +Northland Group,   PO Box 390846,   Minneapolis, MN 55439-0846
515291331 +STATE OF NJ STUDENT AS,   PO BOX 538,   TRENTON, NJ 08625-0538
515291329 +Schachter Portnoy, LLC,   3490 US Route 1,   Princeton, NJ 08540-5920
515291330 +Sherry Wray,   Berkshire Hathaway,   198 Fries Mill Road, Ste 101,
           Turnersville, NJ 08012-2077
515291332 +Sylvester Allen,   PO Box 503,   Sicklerville, NJ 08081-0503
515291333 ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
           (address filed with court: Toyota Motor Credit,   4 Gatehall Drive,   Suite 350,
           Parsippany, NJ 07054)
515679968 +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
515291335 +Victor Mellul, MD,   200 Kings Highway South,   Cherry Hill, NJ 08034-2506
515291336 +Wilton's Corner Proprietary Assn. , Inc.,   60 Meetinghouse Circle,
           Sicklerville, NJ 08081-4894


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg        E-mail/Text: usanj.njbankr@usdoj.gov Nov 16 2017 21:40:06     U.S. Attorney,   970 Broad St.,
           Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg       +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 16 2017 21:40:05     United States Trustee,
           Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
           Newark, NJ 07102-5235
515612735 +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 16 2017 21:39:02
           PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
           Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
515291326  E-mail/Text: ebn@nemours.org Nov 16 2017 21:40:05     Nemours,   PO Box 277802,
           Atlant, GA 30384
                                                                              TOTAL: 4


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515291334  ##+Verizon,   PO Box 11328,   St Petersburg, FL 33733-1328
                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                          Signature:  /s/Joseph Speetjens

District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Nov 16, 2017
                             Form ID: 185             Total Noticed: 29

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Joshua I. Goldman    on behalf of Creditor   MidFirst Bank jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Richard S. Hoffman, Jr.    on behalf of Debtor Cynthia R Allen rshoffman@hoffmandimuzio.com,
           lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com
                                                                          TOTAL: 6